No. 2015-1664

# United States Court of Appeals
# for the Federal Circuit

*IN RE*:  RAY SMITH, AMANDA TEARS SMITH,

*Appellants.*

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board for U.S. Patent Application No. 12/912,410

## TRADING TECHNOLOGIES INTERNATIONAL, INC.'S MOTION TO SUBSTITUTE PARTIES AND FOR AN EXTENSION OF TIME

LEIF R. SIGMOND, JR.
COLE B. RICHTER
MCDONNELL BOEHNEN
HULBERT & BERGHOFF LLP
300 SOUTH WACKER DRIVE
CHICAGO, ILLINOIS 60606
TEL.: (312) 913-0001

STEVEN F. BORSAND
TRADING TECHNOLOGIES INTERNATIONAL, INC.
222 SOUTH RIVERSIDE
CHICAGO, ILLINOIS 60606
TEL.: (312) 476-1000

*Attorneys for Trading Technologies International, Inc.*

**Form 9**

FORM 9.   Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re Ray Smith and Amanda Tears Smith v. _____

No. 2015-1664

# CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

Trading Technologies International, Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

Trading Technologies International, Inc.

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Trading Technologies International, Inc.

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

_____

4.  ☑   The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Trading Technologies International, Inc.: Steven F. Borsand
McDonnell Boehnen Hulbert & Berghoff LLP: Leif R. Sigmond , Jr., Cole B. Richter

_____

April 22, 2016                          /s/ Cole B. Richter
_____                 _____
Date                                        Signature of counsel

                                              Cole B. Richter
                                           _____
                                           Printed name of counsel

Please Note: All questions must be answered
cc: _____

Trading Technologies International, Inc. ("TT") hereby moves this Court for the following grounds of relief:

**A.**   **to substitute the previous Appellants, Ray Smith and Amanda Tears Smith for new Appellant TT pursuant to Federal Rules of Appellate Procedure 43(b); and**

**B.**   **for an extension of time to file a petition for rehearing *en banc* pursuant to Federal Circuit Rule 26(b)(1) .**

In support of this motion, TT submits as follows:

1.   Today, April 22, 2016, TT became the sole owner of the U.S. Patent Application that is the subject of this appeal:  U.S. Patent Application No. 12/912,410.  TT now owns all right, title, and interest in this U.S. Patent Application

2.   As such, TT submits that TT is now the present Appellant in this case and that Mr. Smith and Ms. Smith are no longer Appellants.  TT respectfully requests that the official caption in this case be updated to list TT as Appellant so as to avoid confusion and more accurately reflect the appellate record.

3.   In addition, TT intends to file a petition for rehearing *en banc* in this case.  TT understands that the current due date for this petition is Monday, April 25, 2016.  TT is ready and able to file such a petition by this due date, but TT understands that it only permitted to do so if it is officially listed as a party to this Appeal.

4.   Thus, in order to give the panel adequate time to consider and rule on

TT's request to substitute parties, TT also hereby respectfully moves for a short extension to the deadline to file a petition for rehearing *en banc* pursuant to Federal Circuit Rule 26(b)(1). Particularly, TT requests a seven-day extension to May 2, 2016 in order to file a petition for rehearing *en banc*. There have been no previous extensions granted to TT in this case.

5.     TT understands that pursuant to Rule 26(b)(1), motions to extend deadlines must be made at least seven days in advance of the deadline sought to be extended, except that motions to extend deadlines may be made later if warranted by extraordinary circumstances attested to under penalty of perjury in an affidavit or unsworn declaration.

6.     TT submits that extraordinary circumstances exist here. Specifically, TT just today acquired the sole right, title, and interest in the subject U.S. Patent Application, less than seven days before the deadline. Further, TT does not need the extension of time for purposes of completing the petition for rehearing *en banc*. In fact, TT is ready and able to file this petition by the due date. TT did not realize until a conversation today with this Court's Clerk's office that it was not possible to simultaneously file the petition for rehearing *en banc* and a motion to substitute parties. TT now understands that the motion to substitute parties should be granted *before* a petition for rehearing *en banc* is filed otherwise the petition would be rejected for not being filed on behalf of a named party.

A declaration attesting to these facts is attached hereto as Exhibit 1.

7.    TT has conferred with counsel for Appellee regarding this motion.

Counsel for Appellee confirmed that Appellee does not oppose the relief requested

and does not intend to file a response.


                              Respectfully submitted,

Date:  April 22, 2016         By:    /s/ Cole B. Richter
                                     Leif R. Sigmond, Jr. (ID No. 6204980)
                                     (sigmond@mbhb.com)
                                     Cole B. Richter (ID No. 6315686)
                                     (richter@mbhb.com)
                                     **McDonnell Boehnen Hulbert & Berghoff
                                     LLP**
                                     300 South Wacker Drive
                                     Chicago, Illinois 60606
                                     Tel.: (312) 913-0001
                                     Fax: (312) 913-0002

                                     Steven F. Borsand (ID No. 6206597)
                                     (Steve.Borsand@tradingtechnologies.com)
                                     **Trading Technologies International, Inc**.
                                     222 South Riverside
                                     Suite 1100
                                     Chicago, IL 60606
                                     Tel: (312) 476-1000
                                     Fax: (312) 476-1182

                                     **Attorneys for, Trading Technologies
                                     International, Inc.**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | Apr 22, 2016 |
by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means
   (by email or CM/ECF)

| Cole B. Richter | | /s/ Cole B. Richter |
| Name of Counsel | | Signature of Counsel |

Law Firm | MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP |

Address | 300 SOUTH WACKER DRIVE, SUITE 3200 |

City, State, ZIP | CHICAGO, ILLINOIS 60606 |

Telephone Number | (312) 913-0001 |

FAX Number | (312) 913-0002 |

E-mail Address | RICHTER@MBHB.COM |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

# EXHIBIT 1

I, Steven F. Borsand, declare:

1.    I am the Executive Vice President of Intellectual Property for Trading Technologies International, Inc. ("TT").  I make this declaration of my personal knowledge, or based on information known to me in my official capacity or as a result of investigation.

2.    Just today, on April 22, 2016, TT acquired the sole right, title, and interest in U.S. Patent Application No. 12/912,410 ("the '410 Application").  The '410 Application is the subject of Appeal No. 2015-1664, styled *In re Smith*.

3.    TT intends to file a petition for rehearing *en banc* in *In re Smith*.  I understand that the due date for this petition is Monday, April 25, 2016.  TT is ready and able to file such a petition by this due date and does not need an extension of time for purposes of completing the petition for rehearing *en banc*.

4.    Until a conversation today with this Court's Clerk's Office, TT did not realize that it was not possible to simultaneously file the petition for rehearing *en banc* and a motion to substitute parties.  TT now understands that the motion to substitute parties should be granted before a petition for rehearing *en banc* is filed otherwise this petition may be rejected for not being filed on behalf of a named party.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing

is true and correct that this declaration was executed on this 22nd day of April,

2016, in Chicago, Illinois.

Steven F. Borsand
Executive Vice President Intellectual Property
Trading Technologies International, Inc.
222 South Riverside Plaza
Suite 1100
Chicago, Illinois 60606