**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

\_\_\_\_\_Pro Se          \_\_\_\_\_As counsel for:     _____
                                              Name of party

I am, or the party I represent is (select one):

\_\_\_\_\_Petitioner   \_\_\_\_\_Respondent   \_\_\_\_\_Amicus curiae   \_\_\_\_\_Cross Appellant

\_\_\_\_\_Appellant    \_\_\_\_\_Appellee     \_\_\_\_\_Intervenor

As amicus curiae or intervenor, this party supports (select one):

\_\_\_\_\_Petitioner or appellant     \_\_\_\_\_Respondent or appellee

My address and telephone are:

Name:               _____
Law firm:           _____
Address:            _____
City, State and ZIP: _____
Telephone:          _____
Fax #:              _____
E-mail address:     _____

Statement to be completed by counsel only (select one):

\_\_\_\_\_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

\_\_\_\_\_ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

\_\_\_\_\_ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

\_\_\_\_\_Yes    \_\_\_\_\_No

\_\_\_\_\_A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
|  April 22, 2016  | /s/ Cole B. Richter |
| Date | Signature of pro se or counsel |

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Apr 22, 2016 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Cole B. Richter | /s/ Cole B. Richter |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP

Address: 300 SOUTH WACKER DRIVE, SUITE 3200

City, State, ZIP: CHICAGO, ILLINOIS 60606

Telephone Number: (312) 913-0001

FAX Number: (312) 913-0002

E-mail Address: RICHTER@MBHB.COM

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.